UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ESTER KALANDAROVA and TAMARA YAKUBOV,

                              Plaintiff,

   -against-

LEONARDO GODINEZ and TIKOS PURA VIDA, INC.,

                             Defendant.
------------------------------------------------------------------------X

Doc No.: 25-CV-01071

STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto by their attorneys that, no party hereto being an infant or an incompetent for whom a committee has been appointed, this action shall be, and same hereby is, discontinued with prejudice without costs or disbursements to abide any party.

Dated: New York, New York
        January 15, 2026

| **GOIDEL & SIEGEL, LLP** | **O'TOOLE SCRIVO, LLC** |
|---|---|
| Attorneys for Plaintiffs | Attorneys for Defendants |
| 56 West 45th Street | 14 Village Park Rd. |
| 3rd Floor | Cedar Grove, NJ 07009 |
| New York, NY 10036 | |
| By_____ | By  /s/ Robert W. Gifford |
|    Andrew B. Siegel |    Robert W. Gifford, Esq. |